**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **LAVERN GRAY,** | **PETITIONER** |
| **V.** | **NO. 1:05CV94-P-D** |
| **STATE OF MISSISSIPPI, ET AL,** | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 21st day of July, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE